IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YUXI WANG<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No.: 1:23-cv-06420<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Beth W. Jantz |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant _____Dreamplay_____ (No. 2), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated: November 7, 2023

Respectfully Submitted:

_____
Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
email: rmdewitty@dewittyip.com
        admin@dewittyip.com
tele: 2025717070
      2025138071

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 7, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                                    Robert M. DeWitty