IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YUXI WANG<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No.: 1:23-cv-06420<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Beth W. Jantz |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant _____PUMA-AMT_____ (No.    ), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated: 28 January 2024

Respectfully Submitted:

_____
Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
email: rmdewitty@dewittyip.com
　　　　admin@dewittyip.com
tele: 2025717070
　　　2025138071

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on 29 January 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty

2