IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YUXI WANG

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-06420

Judge Thomas M. Durkin
Magistrate Judge Beth W. Jantz

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant _____IGEON_____ (No. 29), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated: 31 January 2024

Respectfully Submitted:

Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
email: rmdewitty@dewittyip.com
       admin@dewittyip.com
tele: 2025717070
      2025138071

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on 31 January 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

             _____
             Robert M. DeWitty

2